DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5040
Facsimile:  (408) 535-5081
michael.pitman@usdoj.gov

COREY J. SMITH (MABN 553615)
Senior Litigation Counsel
LEE F. LANGSTON (NYBN 4910311)
CHRISTOPHER M. MAGNANI (Maryland)
Trial Attorneys
United States Department of Justice, Tax Division

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: 3:20-cr-00371-WHA |
|---|---|
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM OCTOBER 15, 2020 THROUGH NOVEMBER 17, 2020 AND [PROPOSED] ORDER |
| v. | |
| ROBERT T. BROCKMAN, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Robert T. Brockman, that time be excluded under the Speedy Trial Act from October 15, 2020 through November 17, 2020.

At the initial appearance held on October 15, 2020, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery to be produced.  For this reason and as further stated on the record at the initial appearance, the parties stipulate and agree that excluding time until

STIPULATION TO EXCLUDE TIME FROM
OCTOBER 15, 2020 THROUGH NOVEMBER 17, 2020
AND [PROPOSED] ORDER
Case No.: 3:20-CR-00371-WHA

1

November 17, 2020 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from October 15, 2020 through November 17, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

>                                    DAVID L. ANDERSON
>                                    United States Attorney
>
>                                    s/ Michael G. Pitman
>                                    COREY J. SMITH
>                                    Senior Litigation Counsel
>                                    MICHAEL G. PITMAN
>                                    Assistant United States Attorney
>
>                                    Attorneys for United States of America
>
>
>                                    s/ Neal J. Stephens
>                                    NEAL J. STEPHENS
>                                    Counsel for Defendant ROBERT T. BROCKMAN

[PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on October 15, 2020 and for good cause shown, the Court finds that failing to exclude the time from October 15, 2020 through November 17, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from October 15, 2020 to November 17, 2020 from computation under the Speedy

STIPULATION TO EXCLUDE TIME FROM
OCTOBER 15, 2020 THROUGH NOVEMBER 17, 2020
AND [PROPOSED] ORDER
Case No.: 3:20-CR-00371-WHA

2

Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 15, 2020 through November 17, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____    _____
                                        NATHANAEL M. COUSINS
                                        United States Magistrate Judge

STIPULATION TO EXCLUDE TIME FROM
OCTOBER 15, 2020 THROUGH NOVEMBER 17, 2020
AND [PROPOSED] ORDER
Case No.: 3:20-CR-00371-WHA

3