1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2
    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   MICHAEL G. PITMAN (DCBN 484164)
    Assistant United States Attorney
5   150 Almaden Boulevard, Suite 900
    San Jose, California 95113
6   Telephone: (408) 535-5040
    Facsimile:  (408) 535-5081
7   michael.pitman@usdoj.gov

8   COREY J. SMITH (MABN 553615)
    Senior Litigation Counsel
9   LEE F. LANGSTON (NYBN 4910311)
    CHRISTOPHER M. MAGNANI (Maryland)
10  Trial Attorneys
    United States Department of Justice, Tax Division
11

12  Attorneys for the United States of America

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                SAN FRANCISCO DIVISION

16  UNITED STATES OF AMERICA,                    Case No.: 3:20-cr-00371-WHA

17      Plaintiff,                               STIPULATION TO EXCLUDE TIME
                                                 FROM NOVEMBER 17, 2020 THROUGH
18      v.                                       DECEMBER 1, 2020 AND [PROPOSED] ORDER

19  ROBERT T. BROCKMAN,

20      Defendant.

21

22          It is hereby stipulated by and between counsel for the United States and counsel for the

23  defendant Robert T. Brockman, that time be excluded under the Speedy Trial Act from November 17,

24  2020 through December 1, 2020.

25          At the status conference held on November 17, 2020, the government and counsel for the

26  defendant agreed that this matter is complex, as defined in 18 U.S.C. § 3161(h)(7)(B)(ii), due to the

27  breadth and duration of the conduct alleged in the Indictment, and the government's representation that

28  discovery will be voluminous.  The government and counsel for the defendant agreed that time be

1  excluded under the Speedy Trial Act because of the complexity of the case, because of pending motions,

2  and so that defense counsel could continue to prepare, including by reviewing the discovery to be

3  produced.  For this reason and as further stated on the record at the status conference, the parties

4  stipulate and agree to exclude time until December 1, 2020, and further stipulate and agree that the ends

5  of justice served by excluding the time from November 17, 2020 through December 1, 2020 from

6  computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a

7  speedy trial. 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), (h) (7)(B)(ii), (h)(7)(B)(iv).

8      The undersigned Assistant United States Attorney certifies that he has obtained approval from

9  counsel for the defendant to file this stipulation and proposed order.

10

11  IT IS SO STIPULATED.

12                                              DAVID L. ANDERSON
                                                United States Attorney
13
                                                s/ Michael G. Pitman
14                                              COREY J. SMITH
                                                Senior Litigation Counsel
15                                              MICHAEL G. PITMAN
                                                Assistant United States Attorney
16
                                                Attorneys for United States of America
17

18

19
                                                s/ Neal J. Stephens
20                                              NEAL J. STEPHENS
                                                Counsel for Defendant ROBERT T. BROCKMAN
21

22

23

24                              [PROPOSED] ORDER

25      Based upon the facts set forth in the stipulation of the parties and the representations made to the

26  Court on November 17, 2020 and for good cause shown, the Court finds that time should be excluded

27  from November 17, 2020 through December 1, 2020 under the Speedy Trial Act because of the

28  complexity of the case, because of pending motions, and so that defense counsel could continue to

STIPULATION TO EXCLUDE TIME FROM
NOVEMBER 17, 2020 THROUGH DECEMBER 1, 2020
AND [PROPOSED] ORDER
Case No.: 3:20-CR-00371-WHA

2

1    prepare, including by reviewing the discovery to be produced, taking into account the exercise of due

2    diligence.  18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), (h) (7)(B)(ii), (h)(7)(B)(iv).  The Court further finds

3    that the ends of justice served by excluding the time from November 17, 2020 to December 1, 2020

4    from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant

5    in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the

6    time from November 17, 2020 through December 1, 2020 shall be excluded from computation under the

7    Speedy Trial Act.

8

9    IT IS SO ORDERED.

10

11    DATED: _____

12                                      _____
                                          WILLIAM ALSUP
                                          United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXCLUDE TIME FROM
NOVEMBER 17, 2020 THROUGH DECEMBER 1, 2020
AND [PROPOSED] ORDER
Case No.: 3:20-CR-00371-WHA

3