| | |
|---|---|
| Jason Varnado (State Bar No. 211067)<br>jvarnado@jonesday.com<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002<br>Telephone +1-832-239-3939<br>Facsimile +1-832-239-3600<br><br>Neal J. Stephens (State Bar No. 152071)<br>nstephens@jonesday.com<br>Vincent Doctor (State Bar No. 319408)<br>vdoctor@jonesday.com<br>JONES DAY<br>Silicon Valley Office<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone:   +1.650.739.3939<br>Facsimile:   +1.650.739.3900 | Kathryn Keneally<br>(appearance *pro hac vice*)<br>New York State Bar No. 1866250<br>kkeneally@jonesday.com<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281-047<br>Telephone:  +1-212-326-3939<br>Facsimile:   +1-212-755-7306 |

Attorneys for Defendant
ROBERT T. BROCKMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ROBERT T. BROCKMAN,<br><br>        Defendant. | Case No. 3:20-cr-00371-WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANT ROBERT T. BROCKMAN'S MOTION TO DISMISS IN PART FOR LACK OF VENUE AND TO TRANSFER TO THE SOUTHERN DISTRICT OF TEXAS<br><br>Date:      December 15, 2020<br>Time:     12:00 p.m.<br>Judge:    Hon. William Alsup<br>Place:     Courtroom 12 |

1   Having considered Defendant Robert Brockman's Motion to Dismiss in Part for Lack of
2   Venue and Transfer to the Southern District of Texas, other documents in support of and in
3   opposition to the motion and in the record in this matter, the arguments of counsel at the hearing
4   on the motion, and good cause appearing therefore,
5   Mr. Brockman's Motion to Dismiss in Part for Lack of Venue and Transfer to the
6   Southern District of Texas is **GRANTED**.  As of the date of this order, Counts Nine through
7   Fourteen are dismissed, and this case is transferred to the United States District Court for the
8   Southern District of Texas.
9   **IT IS SO ORDERED.**
10  DATED: _____

By: _____
HONORABLE WILLIAM ALSUP
United States District Court Judge