Message

**From**: Permit [permit1@lambdaprime.org]
**Sent**: 9/2/2010 4:49:57 PM
**To**: redfish@lambdaprime.org
**Subject**: RE:

Evatt,

I would try to do 3).

I would also create two copies on a Mico SD chip that are the size of less than a postage stamp.

I would then carry one concealed somewhere in luggage and I would FED-X the other with some misc correspondence to yourself in Bermuda.

I would not do 1) or 2).

Bob

---

**From:** Redfish [mailto:redfish@lambdaprime.org]
**Sent:** Wednesday, September 01, 2010 5:51 PM
**To:** permit1@lambdaprime.org
**Subject:** RE:

Bob,

I have no files whatsoever on the laptop itself.  There are three options for me:

(1)     I can place the external hard drive with all files elsewhere in my luggage.  I did this on the last trip without a problem.
(2)     I can transfer all files onto a USB key drive, which can be well hidden.  At the Bermuda end, I can restore the files to a larger drive.
(3)     Attached a drive with all files to James computer and then do a Radmin file transfer to a drive in Bermuda.  This will be a long process and is dependent on everything working here in France.  Once the file transfer is complete I can wipe the drive using EE.

Evatt

---

**From:** Permit [mailto:permit1@lambdaprime.org]
**Sent:** Wednesday, 1 September 2010 7:34 PM
**To:** redfish@lambdaprime.org
**Subject:** RE:

Evatt,

I will copy off all of my files and run EE on my RADMIN starting tomorrow.  I will be clean by Friday morning – when I shut down to transition to Houston.

Your reply here did not address your files or the big document image file.

Bob

---

**From:** Redfish [mailto:redfish@lambdaprime.org]
**Sent:** Wednesday, September 01, 2010 5:16 PM

**To:** permit1@lambdaprime.org
**Subject:** RE:

Bob,

I have considered this issue.  I am not going through the US.  Your computer and the email server will be carried by me.

There is no issue transiting through London since I am only in the country for a few hours.  The only concern in Bermuda is duty, however provided I make full declaration of the value it is unlikely I will even be stopped.  I took Don's laptop and the backup email server on the trip back for Gordon's funeral and encountered not a hint of a problem.

Still, it would not hurt to transfer your files off your laptop and then restore them on Sunday.

You are right that the email server is a problem to boot.  Anyone trying to do so would think the laptop broken since nothing appears on the monitor – even with the power plugged in.

 The S and T drives here in France are powered, but I will need to unplug them on Friday to check the voltage.  If they cannot be used on 110, then I will copy the backup files onto a smaller drive that runs off the USB without AC power.

I have a very early start on Saturday (4 am) so I will need to power down everything for packing on Friday night.

The server will probably go down from about 2 or 3 pm your time.

Is there any advice regarding the settings for the email server.

I intend connecting James Gilbert's old laptop to the internet though the Draytek router with a Radmin server set up allowing you, me or Robbie to access the router remotely should we need to check any settings.

I had James download and install the Radmin server last year so that I could work on his laptop while he was in the Cayman Islands so this should be straightforward to get working.

Evatt

---

**From:** Permit [mailto:permit1@lambdaprime.org]
**Sent:** Wednesday, 1 September 2010 7:04 PM
**To:** redfish@lambdaprime.org
**Subject:**

Evatt,

Have you considered the security issues involved in moving the laptops to Bermuda?

Especially the big documents image file.

I should hate for them to get tied up in Customs or have them seized for any reason.

For sure I would expect that you would not be connecting thru the USA.

Bob

PS:  As a thought, I can easily transfer my files back to my computer here as they are relatively small.  I would then PGP wipe them off my RADMIN laptop and then run EE on the entire laptop.  That would solve some of the problem.  I could probably do yours as well.  However the big document image file could not be done that way.  The email server is also problematic – although if it were seized, they might have difficulty with it since it has a rather balky reboot process.