Message

**From:** King [king@lambdaprime.org]
**Sent:** 8/18/2011 3:08:00 PM
**To:** redfish@lambdaprime.org
**Subject:**

Evatt:

Bob called concerned about the Robert Smith situation and what effect a nasty divorce might have on us. We agreed that if his business is dissected by her attorney, Point would be an initial target. I told him I would review my paper records to make sure there is nothing here to give any of Point's details. However, I need to transfer my confidential computer records to Radmin. You told me you would help me do so in a manner which would not require that I send each file separately using the file transfer method.

Please get back to me as to how I might transfer those files.

For your information, we will be flying to Houston tomorrow (Friday) for my physical and Cameron's third birthday. We will be back Tuesday evening.

Don