**Message**

**From**: Permit [permit@proventusconstans.com]
**Sent**: 11/21/2013 9:50:57 PM
**To**: redfish@proventusconstans.com
**Subject**:

Evatt,

Robert just sent me what was supposed to be the deposition transcript.

However as I can tell from the email trail, it is the legal secretary that is screwing it up.  She has the .pdf file named as the deposition – which it is not.

She sent Robert the trust document instead – which I really did not want to see.  He just forwarded what she sent him on to me.

Please see if you can get the transcript.

Bob

ET_0000058894