Message

**From:** Bob Brockman
**Sent:** 9/6/2018 7:19:54 PM
**To:** Dr. Seth Lerner; Dorothy Brockman'

Seth,

I have been having trouble with a persistent UTI since at least mid July.

I take Levaquin (one 750mg per day) which seems to work right away and clears things up.

This last time around, I did this for 15 straight days.

Yet after doing this – I stopped for 5 days. Then the symptoms started coming back.

Last Friday, I went to Dr. Scott Lisse, my GP.

He requested a specimen – which looked absolutely horrible when I gave it.

The abnormal results from the Friday specimen were:

| | |
|---|---|
| Ketones | trace |
| Blood | 3+ |
| Protein | 3+ |
| Nitrite | positive |
| Leucocyte Esterase | 3+ |
| WBC | too numerous to count |

All the rest were in the normal range.

The culture also discovered that Levaquin is not supposed to work on the bug, but Doxycycline will.

Since the culture was not going to be available, the specimen looked horrible – and - I was leaving for Alaska on Labor Day for a one week fishing trip, I went back on Levaquin last Friday night – stopping again today. The Levaquin has temporarily reduced my symptoms apparently completely – even though the culture said it shouldn't have worked.

All of this may have some rational explanation, but seems to be somewhat bizarre at this point.

Dr. Lisse is concerned that there may be something seriously amiss inside my bladder.

I will be back from Alaska this coming Tuesday.

I am over due for "bladder washings" according to my records.

If at all possible, can you work me in for a cystoscopy on Tuesday or any day later in the week?

I would be much obliged.

Bob Brockman

Cc Dorothy Brockman

CONFIDENTIAL TREATMENT REQUESTED BY
UNIVERSAL COMPUTER SYSTEMS HOLDING, INC.

UCSH 0219722