05/11/2020 Grand Jury Subpoena Issued to Universal Computer Systems Holding Inc.
Privilege Log of Robert T. Brockman (Withheld Documents)

| Log No. | Sent Date | To | From | Copyee | Description | Privilege Reason (AC = Attorney-Client Privilege WP = Work Product Privilege CI = Common Interest MP = Marital Privilege) |
|---|---|---|---|---|---|---|
| 277 | 8/21/2018 | ▆▆▆ y ▆ @ ▆▆▆ | Bob Brockman [bob_brockman@reyrey.com] | | ▆▆▆ | ▆ |
| 278 | 8/23/2018 | ▆▆▆ y ▆ @ ▆▆▆ | Bob Brockman [bob_brockman@reyrey.com] | | ▆▆▆ | ▆ |
| 279 | 8/23/2018 | ▆▆▆ y ▆ @ ▆▆▆ | Bob Brockman [bob_brockman@reyrey.com] | | ▆▆▆ | ▆ |
| 280 | 8/23/2018 | ▆▆▆ y ▆ @ ▆▆▆ | Bob Brockman [bob_brockman@reyrey.com] | | ▆▆▆ | ▆ |
| 281 | 8/24/2018 | ▆▆▆ y ▆ @ ▆▆▆ | Bob Brockman [bob_brockman@reyrey.com] | | ▆▆▆ | ▆ |
| 282 | 8/27/2018 | ▆▆▆ | Bob Brockman [bob_brockman@reyrey.com] | | ▆▆▆ | ▆▆▆ |
| 283 | 8/29/2018 | 'Al Deaton' ▆▆▆ | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding DOJ criminal investigation, and reflecting a common legal interest | AC / WP / CI |
| 284 | 8/31/2018 | ▆▆▆ y ▆ @ ▆▆▆ | Bob Brockman [bob_brockman@reyrey.com] | | ▆▆▆ | ▆ |
| 285 | 9/3/2018 | Peter Romatowski (pjromatowski@jonesday.com) [pjromatowski@jonesday.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding DOJ criminal investigation | AC |
| 286 | 9/5/2018 | ▆▆▆ y ▆ @ ▆▆▆ | Bob Brockman [bob_brockman@reyrey.com] | | ▆▆▆ | ▆ |
| 287 | 9/6/2018 | 'Romatowski, Peter J.' [pjromatowski@JonesDay.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding DOJ criminal investigation and reflecting a common legal interest | AC / WP / CI |
| 288 | 9/6/2018 | Peter Romatowski (pjromatowski@jonesday.com) [pjromatowski@jonesday.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding DOJ criminal investigation, and reflecting a common legal interest | AC / WP / CI |
| 289 | 9/6/2018 | Peter Romatowski (pjromatowski@jonesday.com) [pjromatowski@jonesday.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding DOJ criminal investigation | AC |
| 290 | 9/6/2018 | ▆▆▆ | Bob Brockman [bob_brockman@reyrey.com] | | ▆▆▆ | ▆ |
| 291 | 9/8/2018 | ▆▆▆ y ▆ @ ▆▆▆ | Bob Brockman [bob_brockman@reyrey.com] | | ▆▆▆ | ▆ |
| 292 | 9/8/2018 | 'Cherry, Scott' ▆▆▆ | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communications regarding DOJ criminal investigation, and reflecting a common legal interest. | AC / WP / CI |