| | |
|---|---|
| From: | Bob Brockman - [redacted] |
| To: | 'Don Passmore' |
| Sent: | 9/25/2018 1:34:26 AM |
| Subject: | RE: Subpoena |

Don,

**Something is causing the data stream to get snarshed.**

**Please resend.**

**Bob**

---

**From:** Don Passmore [redacted]
**Sent:** Monday, September 24, 2018 9:42 AM
**To:** 'Bob Brockman'
**Subject:** Subpoena

Bob
I have uploaded a copy of the Subpoena to your client portal account on our website www.houston-cpa.com.

Please call if you have any problems accessing your portal.

Thanks
Don

Don L. Passmore, CPA
Passmore & Associates, LLC
713-935-[redacted]
713-935-[redacted]

**CONFIDENTIALITY STATEMENT:**
This electronic message transmission contains information from Passmore & Associates, LLC and is confidential or privileged. The information is intended only for the use of the person(s) named above. If you are not the intended recipient, any use, disclosure, copying, distribution or any other action based on the contents of this email and any attachments is strictly prohibited. If you received this electronic transmission in error, this message and any attachments should be deleted immediately and please notify us by telephone at 713-935-0300.

---

**From:** Don Passmore [redacted]
**Sent:** Monday, September 24, 2018 9:46 AM
**To:** 'Bob Brockman'
**Cc:** 'Keneally, Kathy'
**Subject:** Consent for Disclosure

Bob
You may have missed my email below.
Sorry but I was advised that you need to sign a written consent before I can discuss your tax matters with Kathy. Please print, sign and return the original or signed copies of the attached Consent for Disclosure forms. Please call if you have any questions.
Thanks
Don

Don L. Passmore, CPA
Passmore & Associates, LLC

**CONFIDENTIALITY STATEMENT:**
This electronic message transmission contains information from Passmore & Associates, LLC and is confidential or privileged. The information is intended only for the use of the person(s) named above. If you are not the intended recipient, any use, disclosure, copying, distribution or any other action based on the contents of this email and any attachments is strictly prohibited. If you received this electronic transmission in error, this message and any attachments should be deleted immediately and please notify us by telephone at 713-935-0300.

---

**From:** Don Passmore
**Sent:** Wednesday, September 19, 2018 6:39 PM
**To:** 'Bob Brockman'
**Subject:** Consent for Disclosure

Bob
Please print, sign and return the original or signed copies of the attached Consent for Disclosure forms. Please call if you have any questions.
Thanks
Don


Don L. Passmore, CPA
Passmore & Associates, LLC
713-935-▮
713-935-▮

**CONFIDENTIALITY STATEMENT:**
This electronic message transmission contains information from Passmore & Associates, LLC and is confidential or privileged. The information is intended only for the use of the person(s) named above. If you are not the intended recipient, any use, disclosure, copying, distribution or any other action based on the contents of this email and any attachments is strictly prohibited. If you received this electronic transmission in error, this message and any attachments should be deleted immediately and please notify us by telephone at 713-935-0300.

---

**From:** Bob Brockman
**Sent:** Wednesday, September 19, 2018 5:32 PM
**To:** 'Keneally, Kathy'; 'Don Passmore'
**Cc:** 'Romatowski, Peter J.'
**Subject:** RE: Confidential re: Bob Brockman

Don,

**These attorneys represent me in this matter. I confirm that I consent to these discussions.**

Bob

---

**From:** Keneally, Kathy
**Sent:** Wednesday, September 19, 2018 1:38 PM
**To:** Don Passmore
**Cc:** bob_brockman▮; Romatowski, Peter J.
**Subject:** Confidential re: Bob Brockman

Mr. Passmore,

My partner, Pete Romatowski (copied) and I are counsel to Bob Brockman. We would like to discuss certain of his tax matters with you. I am copying Bob on this email so that he can confirm that he consents to these

discussions. Please let me know when you may be available for a call.

Bob: Please confirm your consent by "reply to all." Thank you.

Best regards,
Kathy
Kathryn Keneally
Partner

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***