# CHARITABLE CONTRIBUTIONS
## April 7th, 2014

| DATE | RECIPIENT | AMOUNT |
|---|---|---|
| **2004** | | |
| 06/29/2004 | PALS | $20,000.00 |
| 06/29/2004 | Agape House | $20,000.00 |
| 06/29/2004 | The Bermuda Diabetic Association | $20,000.00 |
| **2006** | | |
| 07/31/2006 | St John's Trust Company Scholarships | $32,858.10 |
| 12/31/2006 | Bermuda International Film Fesitval | $5,000.00 |
| **2007** | | |
| 06/30/2007 | St John's Trust Company Scholarships | $40,613.53 |
| 12/31/2007 | Bermuda International Film Fesitval | $10,000.00 |
| **2008** | | |
| 03/31/2008 | St John's Trust Company Scholarships | $64,755.71 |
| **2009** | | |
| 01/14/2009 | Rice University - Brockman Hall for Physics | $5,000,000.00 |
| 06/10/2009 | Rice University - Brockman Hall for Physics | $5,000,000.00 |
| 09/30/2009 | St John's Trust Company Scholarships | $64,803.11 |
| 11/23/2009 | Rice University - Brockman Hall for Physics | $5,000,000.00 |
| 12/31/2009 | WITSA IT Conference | $5,000.00 |
| 12/31/2009 | Bermuda Society of the Arts | $5,000.00 |
| **2010** | | |
| 03/16/2010 | PALS Peter Mitchell | $500.00 |
| 04/14/2010 | Rice University - Brockman Hall for Physics | $5,000,000.00 |
| 05/31/2010 | Bermuda Documentary Film Fesitval | $5,000.00 |
| 09/30/2010 | St John's Trust Company Scholarships | $71,518.00 |
| 09/30/2010 | Bermuda Society of the Arts | $5,000.00 |
| 12/31/2010 | Rotary Club Student Exchange Programme | $16,000.00 |
| 12/31/2010 | Bermuda Society of Prevention of Cruelty to Animals | $1,000.00 |
| **2011** | | |

| Date | Description | Amount |
|---|---|---:|
| 01/17/2011 | University of Texas PET Project | $2,500,000.00 |
| 06/24/2011 | Centre College | $4,500,000.00 |
| 07/01/2011 | Baylor College of Medicine | $10,000,000.00 |
| 09/30/2011 | Bermuda Documentary Film Fesitival | $5,000.00 |
| 09/30/2011 | St John's Trust Company Scholarships | $67,357.79 |
| 10/06/2011 | Centre | $3,000,000.00 |
| 12/31/2011 | Bermuda Society of Arts | $5,000.00 |
| 12/31/2011 | Rotary Club Student Exchange Programme | $9,500.00 |

**2012**

| Date | Description | Amount |
|---|---|---:|
| 01/05/2012 | Centre College | $3,000,000.00 |
| 01/16/2012 | University of Texas Health Center | $1,000,000.00 |
| 01/31/2012 | Bermuda Documentary Film Fesitival | $10,000.00 |
| 03/30/2012 | Centre College | $3,000,000.00 |
| 04/12/2012 | Baylor College of Medicine | $5,000,000.00 |
| 07/02/2012 | Centre College | $3,000,000.00 |
| 07/07/2012 | Bermuda Society of the Arts | $5,000.00 |
| 09/09/2012 | Rotary Club Student Exchange Programme | $18,500.00 |
| 09/12/2012 | St John's Trust Company Scholarships | $58,000.00 |
| 09/26/2012 | Centre College | $3,000,000.00 |

**2013**

| Date | Description | Amount |
|---|---|---:|
| 03/03/2013 | St John's Trust Company Scholarships | $4,000.00 |
| 03/13/2013 | Bermuda Documentary Film Fesitival | $10,000.00 |
| 04/05/2013 | Baylor College of Medicine | $5,000,000.00 |
| 05/01/2013 | Rotary Club Student Exchange Programme | $9,000.00 |
| 05/05/2013 | University of Texas Health Center | $1,000,000.00 |
| 05/05/2013 | Centre College | $2,000,000.00 |
| 07/01/2013 | Rice University - Opera Theater - Pre-design | $500,000.00 |
| 08/08/2013 | Centre College | $4,000,000.00 |
| 10/10/2013 | Rotary Club Student Exchange Programme | $12,000.00 |
| 10/12/2013 | Salvation Army - Bermuda | $10,000.00 |
| 10/26/2013 | Centre College - Legal Fees (treated by Centre as a donation) | $302,149.86 |

**2014**

| Date | Description | Amount |
|---|---|---:|
| 01/22/2014 | University of Texas Health Center | $1,000,000.00 |
| 04/07/2014 | Baylor College of Medicine | $5,000,000.00 |
| 04/24/2014 | Rotary Club Student Exchange Programme | $10,000.00 |

| Date | Description | Amount |
|---|---|---|
| 04/25/2014 | Rice University - Opera Theater  - Pre-design | $1,200,000.00 |
| 10/13/2014 | Rotary Club Student Exchange Programme | $10,000.00 |
| 10/13/2014 | University of Texas at Austin - Musical Lives Program | $100,000.00 |

**2015**

| Date | Description | Amount |
|---|---|---|
| 01/09/2015 | Rice University - Opera Theater  - Pre-design | $2,400,000.00 |
| 02/15/2015 | Rotary Club Student Exchange Programme | $6,000.00 |
| 03/10/2015 | Rotary Club Student Exchange Programme | $4,000.00 |
| 04/20/2015 | Bermuda Documentary Film Fesitival | $10,000.00 |
| 04/21/2015 | Johns Hopkins | $1,000,000.00 |
| 08/31/2015 | Peter Poole - Sable Trust BVI - Donation in memory of deceased son | $100,000.00 |
| 09/27/2015 | Rotary Club Student Exchange Programme | $13,500.00 |
| Annual | St John's Trust Company Scholarships | $91,136.90 |

**2016**

| Date | Description | Amount |
|---|---|---|
| 02/17/2016 | Rotary Club Student Exchange Programme | $12,000.00 |
| 03/28/2016 | Rice University - Opera Theater  - Design | $3,200,000.00 |
| 09/17/2016 | Rotary Club Student Exchange Programme | $11,000.00 |
| 10/05/2016 | Jefferson Scholars Foundation - Chair in Colonial History | $6,000,000.00 |
| 10/06/2016 | Cure FA Foundation - Mike Henry | $2,000,000.00 |
| Annual | St John's Trust Company Scholarships | $116,021.58 |

**2017**

| Date | Description | Amount |
|---|---|---|
| 04/26/2017 | Baylor College of Medicine - O'Malley and Dacso | $1,247,548.75 |
| 04/27/2017 | Rotary Club Student Exchange Programme | $9,000.00 |
| To date | St John's Trust Company Scholarships | $25,000.00 |
| 05/16/2017 | Rice University - Opera Theater | $10,000,000.00 |