Message

**From:** Bob Brockman
**Sent:** 12/16/2018 8:47:06 PM
**To:** 'Moss, Craig'

Craig,

Please make a $1M charitable contribution to:

Baylor College of Medicine
Attention Seth P. Lerner MD F.A.C.S.

Houston, TX 77030

Send to me for signature and mailing.

Bob

CONFIDENTIAL TREATMENT REQUESTED BY
UNIVERSAL COMPUTER SYSTEMS HOLDING, INC.

UCSH 0221292