DRAFT

Paul E. Klotman, MD
President
Baylor College of Medicine
Office of the President

Stuart C. Yudofsky, MD
Beth K. and Stuart C. Yudofsky Presidential Chair in Neuropsychiatry
D.C. and Irene Ellwood Professor and Chairman
Menninger Department of Psychiatry and Behavioral Sciences
Baylor College of Medicine

One Baylor Plaza, MS 350
Houston, Texas 77030
United States of America,

December 22, 2015

Dear Drs. Klotman and Yudofsky,

I am writing regarding the appointment of the replacement for Stuart C. Yudofsky, M.D., as Principal Investigator of the gift that established and continues to support the Beth K. and Stuart C. Yudofsky Division of Neuropsychiatry (hereafter, the Division). As you will recall from my letter of June 5, 2011, I am a director of The Trust that provided this gift in recognition of the inspirational leadership and vision of Dr. Yudofsky and to honor his achievements and extraordinary abilities. It was the position of The Trust that Dr. Yudofsky's continued leadership as Chairman of the Menninger Department of Psychiatry was essential to achieving his vision for the use of our gift. Indeed, The Trust offered this gift contingent upon his remaining as Chairman. We also reserved the right to reconsider the continuation of, and, if required, the discontinuation of the remaining funds should Dr. Yudofsky be removed from, or relinquish, his position as Chairman. Additionally, any new Principle Investigator of this gift can only occur following discussion with Dr. Beth Yudofsky, and The Trust retains its rights for approval or disapproval of any new PI and/or use of these funds thereafter until such PI is approved by The Trust.

We support Dr. Yudofsky's decision to direct his energies and time to his family, whose health and happiness are our desire. At the same time, Dr. Yudofsky's retirement occasions a need to identify and effect a replacement who is an identified world-renown, certified neuropsychiatrist to direct the use of the funds provided by The Trust for the development and operations of the Division. Drs. Stuart and Beth Yudofsky and the Trust concur that a Director of the Division named in their honor can only be held by an individual with such certification, identification and background--no different from the requirement of a Division Child Psychiatry in a Department of Psychiatry or a Division of Cardiology in a Department of Medicine.

In his current role as Chairman and Director of the Division, Dr. Yudofsky, in consultation with Beth Yudofsky, M.D. and with the consultation and approval of The Trust, hereby names David B. Arciniegas, M.D., as his successor to the role of PI of the Division and director of the entirety of our gift. The trust uniformly and irrevocably supports their recommendation.

Dr. Yudofsky began recruiting Dr. Arciniegas to the Baylor College of Medicine while our agreement establishing the Beth K. and Stuart C. Yudofsky Division of Neuropsychiatry was finalized. Having known Dr. Arciniegas for many years through their work together in the American Neuropsychiatric Association and the *Journal of Neuropsychiatry and Clinical Neurosciences*, Dr. Yudofsky observed Dr. Arciniegas' remarkable work at the University of Colorado School of Medicine and rapid development as an international thought leader in neuropsychiatry. At the time The Trust pledged its support for the Division, Dr. Arciniegas had established himself as one of the world's foremost neuropsychiatrists and developed extraordinary skills as a clinician, educator, researcher, and administrator. Recognizing him as uniquely qualified to lead the development of the Division, Dr. Yudofsky approached Dr. Arciniegas at the 2011 annual meeting of the American Neuropsychiatric Association to discuss with him this opportunity. Over the course of the following six months, Dr. Arciniegas was recruited by Dr. Yudofsky into the Beth K. and Stuart C. Yudofsky Chair in Brain Injury Medicine and to serve as the Division's Executive Director.
In anticipation of Dr. Arciniegas' arrival to the Baylor College of Medicine, Dr. Arciniegas drafted the Division's mission, vision, and near-term strategic goals. Dr. Yudofsky, whose extensive duties as Department Chair have required his focused attention and leadership, deferred to Dr. Arciniegas upon his arrival in the fall of 2012 the responsibility of developing the Division. His decision to do so was a carefully considered one and consistent with his long-term vision of installing Dr. Arciniegas as Director and his successor PI of the Division.

As demonstrated amply in the remarkably thorough Program Description and Progress Report authored by Dr. Arciniegas, the three short years since his arrival are marked by the Division's rapid and strategic growth. Dr. Arciniegas skillfully and systematically deployed the resources provided by The Trust in a manner that created the administrative infrastructure required to recruit faculty into the Division's endowed chairs and related positions. He expanded his vision for the Division beyond its endowment-supported programs and created a robust academic Division within the Baylor College of Medicine and across its affiliates. In three years, he and Dr. Yudofsky have recruited 21 faculty members into the Division, including 13 whose primary appointments are within the Division and who are among the top neuropsychiatrists in the United States and internationally. According to Dr. Yudofsky and in the estimation of the Trust, Dr. Arciniegas' ability to inspire and motivate faculty enabled him to create an educational portfolio for the Division that is unmatched by any other neuropsychiatry program in our country or abroad. As evidenced by his recent presentation of this element of his work at the Tenth International Congress of the International Neuropsychiatric Association in Israel, the undergraduate, graduate, and post-graduate neuropsychiatry curriculum he and his Division faculty have created are already gaining international attention. Dr. Arciniegas commitment to compassionate patient care also led to his creating new clinical neuropsychiatry services at the Baylor Cliniic, the Michael E. DeBakey Veterans Affairs Medical Center, and TIRR Memorial Hermann, and to partnering with The Menninger Clinic on several programs in neuropsychiatry of mutual interest.

Dr. Arciniegas also has demonstrated the ability to successfully recruit world-class faculty into the Division. Shortly after his arrival to Houston, Dr. Arciniegas and Dr. Yudofsky began recruiting Ricardo Jorge, M.D. to serve as a senior partner in the Division's Brain Injury Medicine Program and to lead their brain injury research endeavors at the Michael E. DeBakey Veterans Affairs Medical Center. Dr. Jorge began his work there in the fall of 2013 and rapidly transitioned the brain injury research program into a network site for the Boston VA-based national research network, the Translational Research Center on TBI and Stress Related Disorders (TRACTS) program and a site for a multicenter clinical trial on which Dr. Arciniegas is a co-investigator and Executive Committee member. Dr. Arciniegas and Dr. Yudofsky successfully recruited Lea Steele, Ph.D., an internationally-renowned neuroepidemiologist and architect of the federal case definition of Gulf War Illness, to serve as the Beth K. and Stuart C. Yudofsky Chair in Behavioral Neuroscience. Dr. Steele began her appointment in the Division earlier this month. Dr. Arciniegas also recruited Deborah Little, PhD, a nationally known and highly-sought cognitive neuroscientist and expert in military neurotrauma and psychological health, to serve as the Beth K. and Stuart C. Yudofsky Chair in the Neuropsychiatry of Mllitary Post Traumatic Stress Syndrome. She is expected to begin her work in the Division in May 2016. Dr. Arciniegas and Dr. Yudofsky are in final negotiations with an exceptional candidate for the remaining endowed Chair, focused on Interventional Neuropsychiatry, and expect to finalize that recruitment in the coming month.

The research component of the Division has also thrived under Dr. Arciniegas's leadership. Since his arrival, Dr. Arciniegas has personally garnered more than $5 million in extramural funding for his brain injury research from the National Institute on Disability, Independent Living, and Rehabilitation Research. In combination with the faculty he has recruited, the Division's research portfolio has grown in three years to include 16 grants supported by both federal and private sources, representing more than $30 million in extramural investment in the research programs in which the Division and its local and national partners are engaged.

Concurrent to his work at the Baylor College of Medicine, Dr. Arciniegas provides leadership in the national and international neuropsychiatry and brain injury communities. He is Chair of the Training Committee of the American Neuropsychiatric Association, a longstanding member of the Executive Committee of the International Neuropsychiatric Association, the Interim Editor of the Journal of Neuropsychiatry and Clinical Neurosciences, and Chairman of the International Brain Injury Association. His contributions to the professional communities in these highly visible roles has led the Division to be recognized widely as a premier neuropsychiatry program in the United States and an international center of excellence in neuropsychiatry.

Dr. Yudofsky's extraordinary intellect and genuine compassion formed the vision for the development of the Division supported by The Trust. His acumen for identifying exceptionally talented academicians and his gifts as a mentor are exemplified by his appointment of Dr. Arciniegas as the Division's Executive Director. As predicted by Dr. Yudofsky, Dr. Arciniegas is a visionary, principled, and compassionate academician and administrator. It is clear to me and The Trust that Dr. Arciniegas will lead the Division and honor Dr. Yudofsky's legacy for years to come. In the wake of Dr. Yudofsky's departure from the Division, the Trust concludes that it would be possible for The Trust to find a more deserving recipient of support than Dr. Arciniegas.

On behalf of The Trust, we request:

1. David B. Arciniegas, M.D., be designated as Principal Investigator for the entirety of our pledge, with exclusive "sign-off" authority for allocation of any and all funds expended.

2. Subject to the approval of the President of Baylor College of Medicine, the Faculty Council of Baylor College of Medicine, and the Board of Trustees of Baylor College of Medicine, that Dr. Arciniegas be appointed the Beth K. and Stuart C. Yudofsky Presidential Chair in Neuropsychiatry.

> 3. Should Dr. Arciniegas voluntarily relinquish his obligation as Principal Investigator, which obligation includes directing the use of the donated funds, Paul Klotman, M.D., President of Baylor College of Medicine, or his successor, shall, in consultation with Stuart C. Yudofsky, M.D., Beth K. Yudofsky, M.D., and David Arciniegas, M.D., identify a successor Principal Investigator and develop a timely succession plan for transitioning the role and obligations of Principal Investigator, whose obligations include directing the use of the donated funds. If a suitable replacement cannot be identified prior to Dr. Arciniegas' voluntarily relinquishing his obligation as Principal Investigator, the terms of our original agreement shall remain in effect.

4. All other terms of our original agreement remain in effect but for the above requests.

The Trust stands proudly in support of the extraordinary mission, vision, and goals for the Division established by Dr. Yudofsky and his successor, Dr. Arciniegas. In making these requests, The Trust continues to achieve the purpose for which it was established and for which our pledge to Baylor College of Medicine was made. If the foregoing requests and conditions are acceptable, would you kindly execute one copy of the attached letter and return the executed copy to me at the address above.

Yours Sincerely,