| | |
|---|---|
| **From:** | Permit |
| **To:** | "Redfish" |
| **Subject:** | RE: |
| **Date:** | Sunday, August 13, 2017 4:23:00 PM |

Evatt,

I concur with all of these.

Bob

**From:** Redfish [mailto:redfish@hannah.com]
**Sent:** Sunday, July 30, 2017 6:05 AM
**To:** 'Permit'
**Subject:**

Bob,

Here is a memorandum of issues to consider following BCB freezing accounts.

One think I did not consider, but which Sophie raised with me after my account was frozen, is her fear that BCB will try to justify their stupidity by reporting us to a regulator. They could try to cover themselves and allege suspicions about the operation of the accounts.

We need to get away from the bank as quickly as possible.

Evatt

MLATSW_020952