| | |
|---|---|
| **From:** | Permit |
| **To:** | "redfish@lambdaprime.org" |
| **Date:** | Sunday, June 12, 2011 2:31:00 PM |

Evatt,

This summer I plan to do some more investigation on the management buyout / preferred stock bailout concept.

As such I will need to be talking to some business/tax experts.

Please write me a letter as trustee and send it to me hard copy via FED-x along the following lines that you might more fully flesh out.:

Dear Bob,

Congratulations on passing your 70th birthday. I trust that proper celebrations occurred.

Further formal congratulations are in order for the recent successful refinancing of the remaining debt from the acquisition of Reynolds and Reynolds. The interest savings of some $30 million per year is substantial.

On a more serious note, as we have previously discussed, plans for transition of leadership and ownership of the group of companies owned by Universal Computer Systems Holding, Inc. need to be made. These companies are the principal assets of the A. Eugene Brockman Charitable Trust. For no other reason than diversification, this is a subject of concern.

Obviously you have begun the process of leadership transition with the appointment of Ron Lamb as President. Hopefully his performance to date has met your expectations. Our conversations around some form of eventual management buyout with Ron Lamb as the leader would seem to make sense.

 I would like for you to devote further attention to manners in which the Trust might begin to liquidate its holdings in Universal Computer Systems Holding, Inc.

I look forward to talking with you further on this subject as you have further information available.


Evatt Tamine
Director



Bob