| | |
|---|---|
| **From:** | Permit |
| **To:** | "Redfish" |
| **Date:** | Saturday, August 1, 2015 9:56:00 PM |

Evatt,

I think that it would be a good idea for you to send an open email to Stuart that you have been considering the formation of a medical research foundation somewhat along these lines.

Al Deaton has been aware of this initiative.

He has suggested your name and indicates that you would be interested in being involved in a leadership position.

This is an exciting thought.

This project is in its early stages – and I look forward to discussing it further with you.

Bob

MLATSW_015369