Message

**From:** Evatt Tamine (Tangarra) [█████████]
**Sent:** 8/13/2015 12:01:33 PM
**To:** Stuart C. Yudofsky [█████████████████]
**Subject:**

Dear Stuart,

I hope that you are enjoying summer and that Houston is not too hot.

On behalf of the Trust, I am establishing a foundation that will support medical research. I hope that this new foundation, if established correctly from the start, would support worthy projects for generations to come.

I should be grateful for an opportunity to speak with you about joining the Board of Advisors for the new foundation.

Apart from the great enjoyment I would take in seeing you on a more regular basis in the future, I think it would be difficult to find a better person to help establish and direct the foundation.

If this is something that might interest you, please let me know when would be a good time for a call?

Kind regards

Evatt

ET_0002071945