| | |
|---|---|
| **From:** | Bob Brockman <bob_brockman@reyrey.com> |
| **Sent:** | Friday, November 16, 2018 6:00 PM |
| **To:** | Captain M/Y Albula |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Tom

Just checking in – my incredibly busy fall season is just about over.

How are things with the Albula?

Is the time slot starting the day after Christmas open for a week or so?

Bob

PS: would you look up the dates of the fishing trip to the Berry Islands that were spring before last. Those tides and the resulting fishing were awesome.

PPS: are the water depths in Biscayne Bay deep enough for the Albula?

PPPS: How long is the trip from West Palm to Bimini? Are the waters rough when crossing the Gulfstream? Is there decent anchorage in Bimini