| | |
|---|---|
| **From:** | Bob Brockman <bob_brockman@reyrey.com> |
| **Sent:** | Saturday, February 02, 2019 8:30 PM |
| **To:** | Captain M/Y Albula |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Tom,

Please send me the plan for the two trips this spring.

Important points-

Arrive in Ft. Lauderdale to begin the trip (Day 1)
Global crew fly home commercial

Depart for Chub Cay area that afternoon – traveling overnight (Day 1)
After arrival and breakfast – start the first day of fishing (Day 2)

Second day of fishing (Day 3)
Third day of fishing (Day 4)
Fourth day of fishing (Day 5)
Fifth day of fishing (Day 6)

After the 5th day of fishing – depart for Ft. Lauderdale traveling overnight
Arriving on (Day 7)

The start dates should be as you have figured out based upon the tides.

Bob

ALB-0067096