Message

**From:** Bob Brockman [REDACTED]
**Sent:** 2/13/2020 8:46:16 PM
**To:** 'tommyb[REDACTED]
**Subject:** RE: GoMoto

Tommy

Your comments are valid.

This is a young entity that is barely a company. That would indicate that they don't have a lot of history to dig thru – so we don't have much risk of buried bombs.

As far as paying too much – probably so.

The trade off is that we got a product that would taken us as much as a couple of years or more to define – and then reproduce.

With the slowing of new car sales, the focus will be even greater on the service department – however check in time on service customers is a barrier to more service business unless new facilities are built.

Therefore [REDACTED] is much more timely than usual – helping service sales keep up their profits up without having to have more people and resources.

One of your first stops at the display should be listening to the [REDACTED] story.

Bob

---

**From:** tommyb[REDACTED]
**Sent:** Thursday, February 13, 2020 12:21 PM
**To:** Bob Brockman
**Subject:** FW: [REDACTED]

Based on your comments from other acquisition fast is not always the best strategy – did we over pay..?

Do you have an opinion on this deal..?

Tommy

CONFIDENTIAL TREATMENT REQUESTED BY
UNIVERSAL COMPUTER SYSTEMS HOLDING, INC.

UCSH 0227075