Message

**From:** Bob Brockman
**Sent:** 6/3/2020 5:55:40 PM
**To:** 'Arnett, Michael D (Mike)'
**Subject:** RE: Thank You.

Mike,

Thanks for the kind words.

Bob

**From:** Arnett, Michael D (Mike)
**Sent:** Wednesday, June 03, 2020 8:02 AM
**To:** Brockman, Bob
**Subject:** Thank You.

Bob,
Thank you for the blood, sweat and tears you have shed to build this great company that I have been blessed to call family for 26 years so far.
I pray that God will bless you, Dorothy and especially that new grandchild as you transition to the next season before you.
Thank you again for all you do Bob,
Mike

**Mike Arnett**
**Marketing & Document Services Consultant**
**The Reynolds & Reynolds Company**




**From:** ReynoldsWorld
**Sent:** Wednesday, June 3, 2020 7:54 AM
**To:** All US Associates                              ; All Canada Associates <
**Subject:** Memo from CEO Bob Brockman: Management Changes

To all Reynolds Associates:

I want to let you know about some management changes at Reynolds and Reynolds, and its affiliates, that I believe will position us to grow and thrive for many years to come.

On May 28, 2020, I celebrated my 79th birthday, which came just over six weeks after the pleasure of celebrating the 52nd anniversary of my marriage to my wonderful wife, Dorothy.  She and I also welcomed the birth of our first grandchild, James Maxwell Brockman, a few short weeks ago.  The two touchstones of my life have been my cherished family, and my second family at Reynolds and Reynolds.

I have been privileged to serve as steward of our company from its inception when it was Universal Computer Services, Inc.  Together with you, we have built this company into a remarkable industry leader.  One of the truly great strengths of our company over the years has been our ability to attract talented people who stay with us and make valuable contributions over the course of their entire careers.

It is important now that we plan for the future.  I am pleased to announce that Tommy (N. Thomas) Barras has agreed to step into the role of President and Chief Operations Officer.  Tommy is one of that small handful of people who have been with us for virtually our entire journey.

He has worked his way up from Shipping and Receiving to become a senior leader on whom I have relied time and again on matters large and small.  Equally important, Tommy's product achievements over his forty-year career have been key to our success as UCS and now Reynolds.  He understands in amazing detail the core strengths of our software and products, and the talented associates who deliver on both.  Those strengths will remain our defining characteristics as an organization.

I will continue in my current position.  I plan to focus my time and attention on supporting Tommy and our leadership team to position the company for transition and growth beyond my leadership.

I am also letting you know that Rob Nalley stepped down from his position as President.  Rob will continue to serve the company as an Advisor and Vice Chairman until I step down as CEO.

Rob joined us as a salesman almost fifty years ago.  He has served in many leadership roles throughout his career.  I have thought of him as my right hand for more years than I can count.  I thank him for his service as President.  I am also grateful that he will continue as my trusted advisor and good friend as we move forward through this transition period.

The company today vastly exceeds my greatest expectations when we began.  In recognition of our size and the diversity of our operations, I am also announcing the formation of an Executive Committee (ExCom) that will work together as the company moves forward.  This committee, led by Tommy, will include seven members who will also serve as Division Heads who can provide subject matter expertise along with a collaborative future vision.  In addition to Tommy, who will be Chairman of the Executive Committee, the members will be:

- Willie Daughters, Executive Vice President of Customer Support

- Eric Edwards, Executive Vice President of Technology, CTO

- Keith Hill, Executive Vice President of Sales

- Scott Santana, Executive Vice President of Product Management

- Jerry Kirwan, Executive Vice President of Document Services

- Craig Moss, Executive Vice President of Finance, CFO

- Robert Burnett, Executive Vice President of Corporate Development

CONFIDENTIAL TREATMENT REQUESTED BY
UNIVERSAL COMPUTER SYSTEMS HOLDING, INC.

UCSH 0228918

Each of these individuals has been with the company for more than two decades, and in some cases for over three decades. They have contributed significantly to what makes us great today, and I am grateful that they have agreed to step up to these new responsibilities.

Leaders who report to me or Rob will begin reporting to Executive Committee leaders as declared by Tommy.

I am honored every day to work with every one of you. I thank you for your trust and support over the many years. Together we have built something to last. I ask that you join me in working together as we move forward in this time of transition, in support of this entire leadership team.

Bob

CONFIDENTIAL TREATMENT REQUESTED BY
UNIVERSAL COMPUTER SYSTEMS HOLDING, INC.

UCSH 0228919