Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT**:
- Complete all required fields (shown in *red\**); otherwise, your request may be denied and require resubmission.
- In fields 3-6, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:*** | Jacqueline Peters | 7. **Your Phone Number:** | (650) 739-3982 |
| 2. **Your Email Address: *** | jpeters@jonesday.com | 8. **Full Case Number (if applicable):** | 3:20-cr-00371 |
| 3. **Receipt Number:*** | 0971-15180351 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☐ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☑ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | 11/11/2020 | | |
| 5. **Transaction Time:*** | 2:30 pm | | |
| 6. **Transaction Amount (Amount to be refunded):*** | $ 310.00 | | |

10. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

We filed a Pro Hac Vice and paid the $310 but it was denied so we refiled it and said we had already paid it and on the docket and it says it was not charged but it was on our credit card. It is listed being paid twice on the Internet Payment History. The correct receipt number is 0971-15183977  Thank you.

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at:* cand.uscourts.gov/ecf/payments. *For assistance, contact the ECF Help Desk at 1-866-638-7829 or* ecfhelpdesk@cand.uscourts.gov *Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ✓ Approved<br>☐ Denied<br>☐ Denied – Resubmit amended application (see reason for denial) | **APPROVED**<br>By Ana Banares at 9:13 am, Jan 19, 2021 |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

## Plastic Card - Refund Detail

| | |
|---|---|
| Application Name: | CAND CM ECF |
| Pay.gov Tracking ID: | 26QEFI3O |
| Agency Tracking ID: | 0971-15180351 |
| Payment Method: | Plastic Card |
| Transaction Type: | Refund |
| Current Date and Time: | 01/21/2021 11:12 AM ET |
| Transaction Amount: | $310.00 |
| Account Holder Name: | Jacqueline Peters |
| Card Type: | Visa |
| Account Holder Name: | ************1940 |

**REVIEWED**
By kwanc at 8:12 am, Jan 21, 2021